Name and address
Gerard F. Dunne (Jerry.dunne@dunnelaw.net)
Law Office of Gerard F. Dunne, PC
156 Fifth Avenue, Suite 1223
New York, NY 10010
Tel: 212-645-2410
Fax: 212-645-2435
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oreck Holdings, LLC<br><br>Plaintiff(s)<br>v.<br><br>Envirocare Technologies, LLC<br><br>Defendant(s). | CASE NUMBER<br>CV 09-2341<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, _____Gerard F. Dunne_____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant: _____Envirorcare Technologies, LLC_____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____Law Office of Gerard F. Dunne, PC_____
*Firm Name*
_____156 Fifth Avenue, Suite 1223_____
*Street Address*
_____New York_____    _____jerry.dunne@dunnelaw.net_____
*City, State, Zip*                                      *E-Mail Address*
_____212-645-5410_____    _____212-645-2435_____
*Telephone Number*                                *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| State of New York | 1975 |
| US District Court - Southern District of New York | 4/13/1976 |
| US District Court - Eastern District of New York | 1/11/1978 |
| US Court of Appeals - 2nd Circuit | 9/30/1985 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 07-03062 | Atlantis v. Avon Products, et al | 5/31/2007 | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Gary C. Eto _____ as local counsel, whose business information is as follows:

Law Office of Gary C. Eto
*Firm Name*
1455 Crenshaw Blvd., # 150
*Street Address*
Torrance, CA 90501                                             gceto@aol.com
*City, State, Zip*                                              *E-Mail Address*
(310)320-7700                                                  (310)320-7708
*Telephone Number*                                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  May 26, 2009

Gerard F. Dunne
*Applicant's Name (please print)*

/s/ Gerard F. Dunne
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  May 26, 2009

Gary C. Eto
*Designee's Name (please print)*

/s/ Gary C. Eto
*Designee's Signature*

117937
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER) ALONG WITH THIS APPLICATION.**